UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GARY GILLARD,

                        Plaintiff,

     v.                                 9:03-cv-1537
                                      (TJM/RFT)

JOHN W. BURGE; RONALD F. NELSON, SR.;
RAYMOND LUPO; RANDOLPH CALHOUN;
C.O. ATKINS; C.O. STANTON; C.O. HAILSTON;
and JOHN DOE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       Plaintiff filed suit against Defendants pursuant to 42 U.S.C. § 1983.  Defendants brought a motion for summary judgment.  The matter was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

       No objections to the February 20, 2007 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and GRANTS the Motion for Summary Judgment and DISMISSES the petition as to the John Doe respondents.

IT IS SO ORDERED.

Dated: April 5, 2007        2007

                                                                  Thomas J. McAvoy
                                                                  Senior, U.S. District Judge